**MEMO ENDORSED**



Case 1:23-cv-09371-DEH   Document 14   Filed 01/17/24   Page 1 of 1

**Deanna L. Koestel**
Partner
dkoestel@pashmanstein.com
Direct: 201.373.2063

January 15, 2024

**VIA ELECTRONIC CASE FILING**

Dale E. Ho, United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: ***New v. JP Morgan Chase, NA***

Dear Judge Ho:

    This firm represents Plaintiff Rob D. New ("Plaintiff") in connection with the captioned matter filed against Defendant JP Morgan Chase, N.A. ("Defendant"). Plaintiff and Defendant jointly respectfully request a brief three-week adjournment of the Initial Pretrial Conference from Tuesday January 23, 2024 at 10:00 a.m. EST to Tuesday February 13, 2024 at 10:00 a.m. EST to permit the parties with sufficient time to meet and confer and complete the Proposed Civil Case Management Plan and Scheduling Order after Defendant files its response to the Complaint, which is due to be filed on January 16, 2024. There have been no previous requests for adjournment or extensions.

    Thank you.

Respectfully submitted,

**PASHMAN STEIN WALDER HAYDEN, P.C.**

/s/ Deanna L. Koestel

DEANNA L. KOESTEL

---

Application GRANTED in part.

The initial pretrial conference scheduled for January 23, 2024 (ECF No. 5), is ADJOURNED to **March 5, 2024, at 10:30 a.m. EST**. The parties shall join the conference by dialing (646) 453 - 4442 and entering the conference ID: 511 191 559, followed by the pound (#) sign. The joint letter as described at ECF No. 5 and Proposed Civil Case Management Plan and Scheduling Order is due **February 27, 2024.**

The Clerk of Court is respectfully requested to close ECF No. 8.

SO ORDERED.

*/s/ Dale E. Ho*

Dale E. Ho
United States District Judge
Dated: January 17, 2024
New York, New York

---

The Woolworth Building
233 Broadway, Suite 820
New York, NY 10279

Phone:   646-818-8081
Fax:        201-488-5556
www.pashmanstein.com