

**Deanna L. Koestel**
Partner
dkoestel@pashmanstein.com
Direct: 201.373.2063



Application GRANTED.

The initial pretrial conference is rescheduled to **March 1, 2024, at 10:30 a.m. EST.** The parties shall join the conference by dialing (646) 453 - 4442 and entering the conference ID: 511 191 559, followed by the pound (#) sign. The joint letter as described at ECF No. 5 and Proposed Civil Case Management Plan and Scheduling Order is due **February 20, 2024.**

The Clerk of Court is respectfully requested to close ECF No. 21.

January 26, 2024

**VIA ELECTRONIC CASE FILING**
Dale E. Ho, United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

SO ORDERED.

Dale E. Ho
United States District Judge
Dated: January 29, 2024
New York, New York

Re:   ***New v. JP Morgan Chase, NA***

Case 1:23-cv-09371-DEH

Dear Judge Ho:

This firm represents Plaintiff Rob D. New ("Plaintiff") in connection with the captioned matter. Plaintiff respectfully requests an adjournment of the Initial Pretrial Conference that was scheduled on January 17, 2024 to proceed on March 5, 2024, at 10:30 AM.

Per a January 9, 2024, Order issued by the American Arbitration Association, counsel for Plaintiff is required to appear at an all-day Mediation on March 5, 2024, in the matter captioned *Unimak LLC v. Invest Newark,* AAA Case No. 01-23-0004-0775. Counsel for Defendant JP Morgan Chase, N.A. ("Defendant") consents to Plaintiff's request for an adjournment and all counsel are available to reschedule the Initial Pretrial Conference on March 1st , March 4th, or March 18th.

By letter dated January 25, 2024, Plaintiff and Defendant previously jointly requested an adjournment of the Initial Pretrial Conference, which was originally scheduled for January 23, 2024, which request was granted.

Thank you.

Respectfully submitted,

**PASHMAN STEIN WALDER HAYDEN, P.C.**

/s/ Deanna L. Koestel

DEANNA L. KOESTEL

cc:   Counsel of Record (via ecf)

The Woolworth Building
233 Broadway, Suite 820
New York, NY 10279

Phone:  646-818-8081
Fax:     201-488-5556
www.pashmanstein.com