UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| Rob D. New,<br><br>             Plaintiff,<br><br>JP Morgan Chase Bank, N.A.<br><br>             Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 1:23-cv-09371-DEH<br><br>**PLAINTIFF'S NOTICE OF MOTION<br>TO STAY PROCEEDINGS** |

**PLEASE TAKE NOTICE** that Plaintiff, Rob D. New, by counsel, respectfully moves this Court for an Order to Stay Proceedings pending the resolution of a Motion to Substitute or Join Plaintiff and Lift Stay currently pending in the United States District Court for the Central District of California. *Worldwide Film Productions, LLC v. JPMorgan Chase Bank, N.A., John Torres and Ray Davido*, Case No. 2:19-cv-10337-DSF-JPR. This motion is brought pursuant to this Court's general power to administer its docket. *Curtis v. Citbank, N.A.*, 226 F.3d 133 (2nd Cir. 2000). In support of this motion, Plaintiff designates the following, which are filed simultaneously herewith:

- Plaintiff Rob D. New's Memorandum of Law in Opposition to Defendant's Motion to Dismiss this Case or, Alternatively, to Compel Arbitration or Dismiss Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure and in Support of Plaintiff's Motion to Stay Proceedings (Section I of the Argument Section).

- The Declaration of Jason R. Delk with Exhibits.

2

Dated: January 30, 2024.                                       Respectfully Submitted,

                                                               */s/ Jason R. Delk*
                                                               Jason R. Delk (admitted *pro hac vice*)
                                                               Daniel J. Gibson (admitted *pro hac vice*)
                                                               DELK McNALLY, LLP
                                                               211 South Walnut Street
                                                               Muncie, Indiana 47305
                                                               gibson@delkmcnally.com
                                                               delk@delkmcnally.com
                                                               *Attorneys for Plaintiff*

                                                               Deanna Koestel, Esq.
                                                               PASHMAN STEIN WALDER & HAYDEN
                                                               The Woolworth Building
                                                               233 Broadway, Suite 820
                                                               New York City, NY 10279
                                                               *Attorneys for Plaintiff*

Defendant shall file a letter, not to exceed three (3) pages, in response to this letter by **Tuesday, February 6, 2024.**

The Clerk of Court is respectfully requested to close ECF No. 26.

SO ORDERED.

Dale E. Ho
United States District Judge
Dated: February 1, 2024
New York, New York